THE STATE OF OHIO, APPELLANT, *v.* FLYNN, APPELLEE.

[Cite as *State v. Flynn* (1999), 84 Ohio St.3d 330.]

(No. 98–2146—Submitted December 1, 1998—Decided January 20, 1999.)

*Russell V. Leffler*, Huron County Prosecuting Attorney, for appellant.

The judgment of the court of appeals is reversed on the authority of *State v. Cook* (1998), 83 Ohio St.3d 404, 700 N.E.2d 570.

The trial court's finding that Robert J. Flynn is a sexual predator is reinstated.

MOYER, C.J., DOUGLAS, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

RESNICK, J., not participating.